**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN E. CASABURRO,

           Plaintiff,

-vs-                                                Case No.  6:08-cv-1452-Orl-98DAB

ANTHONY MANDESE, JR.,
DEFENDANTS UNKNOWN,

           Defendants.

_____

# ORDER

This matter comes before the Court *sua sponte*.  The case involves a dispute between two neighbors, both Florida residents, with the Plaintiff alleging that Defendant Anthony Mandese has engaged in various forms of harassment and intimidation, among other things.  The Plaintiff alleges in the Complaint (Doc. 1) that this Court possesses federal question jurisdiction over this dispute, and lists a number of federal statutes allegedly violated by the conduct of the Defendants.  However, the federal statutes listed cover administrative procedures, banking, and other topics that have no application to the instant dispute.  Even if one assumes that the Defendants committed the various misdeeds alleged in the Complaint, they would not constitute violations of the federal statutes listed by the Plaintiffs – or any other federal statutes, so far as the Court is able to discern.  As a result, the Court lacks subject matter jurisdiction over this dispute, and the Complaint must

be dismissed. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED**. All pending motions are **DENIED AS MOOT**, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 17, 2008.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party